UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANK DIPPOLITO, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 13-0175 (RBK) (JS) |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

    Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. On December 21, 2015, this Court granted in part and denied in part defendants' motion to dismiss. (*See* Dkt. Nos. 55 & 56) Thereafter, defendants filed a motion for reconsideration of that Opinion and Order. (*See* Dkt. No. 58) That motion for reconsideration remains pending.

    On January 26, 2016, this Court received plaintiff's motion for an extension of time to file a response to defendants' motion for reconsideration. (*See* Dkt. No. 59) Good cause being shown, plaintiff's motion for an extension of time to file a response will be granted.

    Accordingly, IT IS this ___5th___ day of February, 2016,

    ORDERED that plaintiff's motion to extend time for filing a response to defendants' motion for reconsideration (Dkt. No. 59) is GRANTED; and it is further

    ORDERED that plaintiff shall have thirty (30) days from the signing of this Order to submit to the Court a response to defendants' motion for reconsideration; and it is further

2

ORDERED that the Clerk shall serve a copy of this Order upon plaintiff by regular U.S. Mail.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge